**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-50116-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Michael Brace Columbia, | |
| Defendant, | |
| HL ShinBay Arizona LLC, | |
| Garnishee. | |

Before the Court is Garnishee HL Shinbay Arizona LLC's Motion for Order Discharging Garnishee (Doc. 39). As of August 3, 2022, Defendant was employed by Garnishee. (Doc. 34 at 1–2). On September 29, 2022, the Court issued an Amended Garnishment Disposition Order for garnishment of funds owed to Defendant in Garnishee's possession. (Doc. 38). On December 20, 2022, Garnishee filed the pending Motion, stating that Defendant resigned from his employment by Garnishee effective December 9, 2022. (Docs. 39–40).

The Government opposes the Motion pursuant to 28 U.S.C. § 3205(c)(10), which provides in relevant part that a garnishment is terminated by "exhaustion of property in the possession, custody, or control of the garnishee in which the debtor has a substantial nonexempt interest . . . unless the garnishee reinstates or reemploys the judgment debtor within 90 days after the judgment debtor's dismissal or resignation." Accordingly, it is

appropriate to wait to discharge the garnishment until 90 days have passed since Defendant's resignation, which would be on March 9, 2023, to ensure he does not become reemployed.

**IT IS THEREFORE ORDERED** that HL Shinbay Arizona LLC's Motion for Order Discharging Garnishee (Doc. 39) is **denied**.

**IT IS FURTHER ORDERED** that if Garnishee reemploys Defendant, Garnishee shall notify the Court within fourteen (14) days of his reemployment.

Dated this 23rd day of January, 2023.

Honorable Steven P. Logan
United States District Judge